IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CRANDELL WELLS,                          )
                                         )
        Plaintiff,                       )
                                         )
        v.                               )        Case No.: 3:09-cv-00828-JPG-DGW
                                         )
JAMES FENOGLIO,                          )
                                         )
        Defendant.                       )

**ORDER**

Pending before the Court is Plaintiff's Motion for Appointment of Counsel (Doc. 19) and

Motion for Reconsideration of Order Denying Appointment of Counsel (Doc. 20).  For good

cause shown, Plaintiff's motions are **GRANTED**.

Accordingly, as a random pick, attorney **John Pawloski** of the Law Office of John J.

Pawloski**.**, 2101 Locust Street, Suite 101, St. Louis, Missouri 63103, is hereby **APPOINTED** to

represent the Plaintiff in this matter pursuant to SDIL-LR 83.1(i).[1]  Mr. Pawloski is **directed** to

file his entry of appearance **on or before October 25, 2010.**

The Court informs **Mr. Pawloski** that Plaintiff is currently incarcerated by the Illinois

Department of Corrections in the Lawrence Correctional Center.

**IT IS SO ORDERED**.

**DATED:  October 5, 2010**

s/ *Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**

---

[1] Under SDIL-LR 83.1(i), every member of the bar of this Court shall be available for appointment to represent or
assist in the representation of those who cannot afford to hire an attorney.