UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRANDALL WELLS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEE RYKER, JAMES FENOGLIO and<br>LAURIE CUNNINGHAM,<br><br>　　　　　Defendants. | Case No. 09-cv-828-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Crandall Wells' claims in this suit against defendants Lee Ryker and Laurie Cunningham and plaintiff Crandall Wells' claim against defendant James Fenoglio for a Fourteenth Amendment due process violation are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant James Fenoglio and against plaintiff Crandall Wells on Well's Eighth Amendment claim.

**DATED: August 23, 2012**　　　　　NANCY J. ROSENSTENGEL, Clerk of Court

　　　　　　　　　　　　　　　　　　　s/ Jina Hoyt, Deputy Clerk


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**