UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CRANDALL WELLS,

    Plaintiff,

v.

LEE RYKER, JAMES FENOGLIO and
LAURIE CUNNINGHAM,

    Defendants.

Case No. 09-cv-828-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Crandall Wells' claims in this suit against defendants Lee Ryker and Laurie Cunningham and plaintiff Crandall Wells' claim against defendant James Fenoglio for a Fourteenth Amendment due process violation are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant James Fenoglio and against plaintiff Crandall Wells on Well's Eighth Amendment claim.

**DATED: August 23, 2012**    NANCY J. ROSENSTENGEL, Clerk of Court

                                                  **s/ Jina Hoyt, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT
                DISTRICT JUDGE**